# Appearance of Counsel

Appeal No.: **25-3017**

Case Title: **United States of America** vs. **Anita Green**

List all clients you represent in this appeal:

**Anita Green**

- ☑ Appellant
- ☐ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☐ Check if a party is represented by more than one attorney.
☒ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **Amy Lee Copeland**   Signature: s/ **Amy Lee Copeland**

Firm Name: **Rouse+Copeland LLC**

Business Address: **602 Montgomery Street**

City/State/Zip: **Savannah, GA 31401**

Telephone Number (Area Code): **912-807-5000**

Email Address: **ALC@roco.pro**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---