UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Appellee, | ) | |
| | ) | |
| vs. | ) | No. 24-3887 |
| | ) | |
| ANITA GREEN, | ) | |
| | ) | |
| Appellant. | ) | |

_____

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Appellee, | ) | |
| | ) | |
| vs. | ) | No. 25-3017 |
| | ) | |
| ANITA GREEN, | ) | |
| | ) | |
| Appellant. | ) | |

## **UNOPPOSED MOTION TO CONSOLIDATE APPEALS**

Appellant Anita Green, without opposition from the government, moves to consolidate the appeals number 24-3887 and 25-3017 at all stages, including briefing. In support of this motion, Green informs the Court as follows:

1

1.

Both appeals arise from the same criminal case originating in the United States District Court for the Northern District of Ohio, No. 3:22cr274-JRK.

2.

Green took the first appeal, No. 24-3887, from the judgment and commitment order entered on October 3, 2024. (Judgment, R138, Page ID#3163-3168) In that order, the district court "order[ed] restitution and reserves judgment as to the amount." (*Id.* at 6, Page ID#3168) On December 27, 2024, the district court entered a restitution order and amended judgment awarding $126,000 in restitution, jointly and severally between Green and her co-defendants. (Amended Judgment, R162 at 6, Page ID#3496) Green's second appeal, No. 25-3017, is from the amended judgment.

3.

The district court did not hold a separate hearing on the restitution issue, meaning that the second appeal will require no additional transcripts than those already ordered and received in the

first appeal. Contemporaneously with the filing of this motion, counsel has designated with the Court that all necessary transcripts are on file.

4.

Undersigned counsel represents Green in both appeals through appointment; her appointment in No. 25-3017 occurred on January 27, 2025. It is counsel's belief that AUSA Laura McMullen Ford represents the government in both appeals, and AUSA Ford has no objection to the requested consolidation at all stages, including briefing.

5.

Indeed, 18 U.S.C. §3664(o) provides that a "sentence that imposes an order of restitution is a final judgment." Because of this,

> it is not surprising to find instances where a defendant has appealed from the entry of a judgment containing an initial sentence that includes a term of imprisonment; that same defendant has subsequently appealed from a later order setting forth the final amount of restitution; and the Court of Appeals has consolidated the two appeals and decided them together.

*Dolan v. United States*, 560 U.S. 605, 618 (2010).

5.

Consolidating these appeals would promote judicial economy. The brief on the restitution issue (No. 25-3017) would necessarily encompass

many of the same background facts as the main appeal (No. 24-3887). The attorneys' preparing, and the Court's considering, one principal brief, one response brief, and one reply brief would allow presentation of the facts and issues in a streamlined manner, without the need to repeat many of the same recitations in a total of six briefs.

6.

The current due date of the brief in No. 24-3887 is February 4, 2025. If the Court grants this motion, counsel asks that the consolidated principal brief be due on the due date to be set for the brief in No. 25-3017, and that the briefing thereafter be done pursuant to the schedule set in that appeal.

Respectfully submitted this 28th day of January, 2025.

/s/ Amy Lee Copeland
Amy Lee Copeland
Georgia Bar No. 186730
Attorney for Appellant

602 Montgomery Street
Savannah, Georgia 31401
912-807-5000
ALC@roco.pro

# CERTIFICATE OF COMPLIANCE

This motion complies with the word limit of Fed. R. App. P. 27(d)(2)(A) because it contains 556 words.

This response complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word Version 2410 in 14-point Century Schoolbook.

This 28th day of January, 2025.

<u>/s/ Amy Lee Copeland</u>
Amy Lee Copeland
Georgia Bar No. 186730
Attorney for Appellant

# CERTIFICATE OF SERVICE

I served today a copy of this motion on counsel for the government by filing it on the Court's CM/ECF portal, which generates an email to all counsel of record with a link to the file-stamped copy of this filing.

This 28th day of January, 2025.

/s/ Amy Lee Copeland
Amy Lee Copeland
Georgia Bar No. 186730
Attorney for Appellant

602 Montgomery Street
Savannah, Georgia 31401
912-807-5000
ALC@roco.pro